THE STATE EX REL. MAYNARD, APPELLANT, *v.* INVENSYS
APPLICATION CONTROLS ET AL., APPELLEES.

[Cite as *State ex rel. Maynard v. Invensys Application
Controls,* 105 Ohio St.3d 176, 2005-Ohio-1147.]

(No. 2004–0924—Submitted February 15, 2005—Decided March 30, 2005.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

Michael J. Muldoon, for appellant.

Roetzel & Andress, L.P.A., Charles D. Smith, and Eric S. Bravo, for appellee Invensys Application Controls.

Jim Petro, Attorney General, and Paul H. Tonks, Assistant Attorney General, for appellee Industrial Commission of Ohio.